STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant, v JOHN ROBERT LANGAN, as Administrator of the Estate of NEIL CONRAD SPICEHANDLER, Deceased, Respondent.

Decided June 11, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

SHARON WECHSLER, Appellant, v NORMAN WECHSLER, Respondent.

Decided June 11, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Appellate Division does not have the power to grant leave to appeal to the Court of Appeals on a certified question from an order granting a new trial or hearing (*see* CPLR 5601 [c]; 5602 [b] [1]; *Maynard v Greenberg*, 82 NY2d 913 [1994]).

Chief Judge LIPPMAN taking no part.